UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN SIMONS,            )<br>                          )<br>        Petitioner    )<br>                          )<br>    v.                    )<br>                          )<br>WILLIAM WILSON,           )<br>                          )<br>                          )<br>        Respondent    )   | CAUSE NO. 3:06-CV-496 RM |

OPINION AND ORDER

Kevin Simons, a *pro se* prisoner, filed a motion requesting a certificate of appealability. A certificate of appealability "does not apply to a state prisoner's action under § 2254 that challenges the result of a prison disciplinary hearing . . .." *Walker v. O'Brien*, 216 F.3d 626, 639 (7th Cir. 2000). Because Mr. Simons' habeas corpus petition challenged a prison disciplinary hearing, the request for a certificate of appealability is moot.

Though Mr. Simons did not file a petition seeking leave to proceed on appeal *in forma pauperis* in either of his two appeals in this case, pursuant to 28 U.S.C. § 1915(a)(3), "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." Substantively, these appeals are not taken in good faith for the reasons stated in this court's order denying the petition for habeas corpus (docket # 8). Mr. Simons may still proceed with either or both of these appeals, but to do so he must pay the full $455.00 filing fee in advance for each of them.

For the foregoing reasons, the court:

    (1) **DENIES AS MOOT** the motion for certificate of appealability (docket # 15);

    (2) **DENIES** leave to proceed on appeal *in forma pauperis;*

    (3) **GRANTS** Kevin Simons to and including January 19, 2007, within which to pay the $455.00 appeal fee; and

    (4) **CAUTIONS** Kevin Simons, that if he does not pay the appeal fees by that date, both of these appeals may be dismissed without further notice.

SO ORDERED.

ENTERED: December  28 , 2006

                                            /s/ Robert L. Miller, Jr.  
                                            Chief Judge  
                                            United State District Court